AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Renee Haigh | **JUDGMENT IN A CIVIL CASE** |
| and Matthew Macri | CASE NUMBER: 10-CV-51 |
| v. | |

National Credit Works, Inc.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed for failure to prosecute.

Date: July 21, 2010                    MICHAEL J. ROEMER, CLERK

                                       By:s/ Diane Radloff
                                              Deputy Clerk